Virgil A. Iler, S.B. # 158460
Brooks L. Iler, S.B. # 99020
ILER & ILER, LLP
16516 Bernardo Center Drive, Suite 300
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, BEVERLY ATTARDO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ATTARDO,<br><br>   Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY of BOSTON,<br><br>   Defendant. | CASE NO. '16CV2389 LAB JMA<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

Plaintiff BEVERLY ATTARDO alleges as follows:

1. At the time Plaintiff, BERVERLY ATTARDO, was denied disability benefits, she was a resident of San Diego County, California.

2. On or about June 18, 2007, plaintiff became employed by Wells Fargo & Company as a Performance and Analytics Specialist.

3. Wells Fargo Disability Benefit Plan, (the Plan), was the group disability insurance plan sponsored by Wells Fargo & Company, and administered

and underwritten by defendant LIBERTY LIFE ASSURANCE COMPANY of BOSTON.

4. The employer-sponsored group disability plan and the claim at issue in this action are governed by the ***Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.***

5. On or about November 7, 2013, plaintiff became disabled within the definition of the disability benefit plan, and soon thereafter, and in a timely fashion, she made a claim for benefits under said plan.

6. Plaintiff was provided disability benefits pursuant to the policy through May 7, 2016, after which time plaintiff's claim for disability benefits and waiver of her life insurance premium were denied.

7. Plaintiff remains disabled as defined by the plan to this date, and continues to be eligible for long term disability benefits under the plan including the waiver of life insurance premiums.

8. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied in a letter dated July 12, 2016, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1. Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of her life insurance premiums under the Plan;

2. For past-due benefits in the amount of approximately $7,616.52 per month through the date of filing, and additional benefits accumulating at the same monthly rate;

3. For interest on past due benefits;

4. For reasonable attorney's fees;

5. For costs of suit herein;

6. For such other relief as the court deems proper.

Dated: 09/15/16                   ILER & ILER, LLP


                                  By:   *s/ Virgil A. Iler*
                                        Virgil A. Iler
                                        Attorneys for Plaintiff,
                                        BEVERLY ATTARDO