BROOKS L. ILER (SBN 99020)
VIRGIL A. ILER (SBN 158460)
ILER & ILER, LLP
16516 Bernardo Center Drive, Suite 300
San Diego, CA 92128
Tel: (858) 592-6212
Fax: (858) 592-6213

Attorneys for Plaintiff,
BEVERLY ATTARDO

PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email:  pamela.cogan@rmkb.com,
blake.russum@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ATTARDO,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No. 3:16-cv-02389-LAB-JMA<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff, BEVERLY ATTARDO, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

Dated: January 30, 2017                    ILER & ILER, LLP


By: */s/ Virgil Iler*
VIRGIL ILER
Attorneys for Plaintiff
BEVERLY ATTARDO


Dated: January 30, 2017                    ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Blake J. Russum*
PAMELA E. COGAN
BLAKE J. RUSSUM
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Virgil Iler, counsel for plaintiff Beverly Attardo, and that I have obtained Mr. Iler's authorization to affix his electronic signature to this document.


By: */s/ Blake J. Russum*
BLAKE J. RUSSUM