# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ATTARDO,<br><br>                       Plaintiff,<br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                      Defendant. | CASE NO. 16cv02389-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

    The parties filed a notice of dismissal with prejudice. Fed. R. Civ. P. 41(a). Each side will bear its own expenses. The case is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

DATED: 2/3/2017

_____
HONORABLE LARRY ALAN BURNS
United States District Judge